UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES DALE MOSELEY,

        Plaintiff,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS,

        Defendant.

CASE NO. C16-5698 BHS-JRC

ORDER

Before the Court are two motions to compel filed by plaintiff. Dkts. 44, 47. The Court denies both motions because plaintiff did not include a certification that he conferred with counsel for defendants before he filed his motion.

In his first motion, plaintiff asks the Court to compel defendants to produce medical documents pertaining to hospital trips. Dkt. 44. In his second motion, plaintiff moves for the Court to compel defendants to produce an IMS Committee meeting agenda from July 8, 2016. Dkt. 47. Neither of plaintiff's motions include a certificate that plaintiff has in good faith conferred or attempted to confer with counsel for defendants. *See* Dkts. 44, 47. In response to

plaintiff's motion, counsel for defendants submits a declaration, stating that plaintiff has not made any efforts to contact defendants regarding his discovery requests and that the parties have not met and conferred. Dkts. 48, 49 at ¶ 7 (Declaration of Marko Pavela, Counsel for Defendants).

While a party may apply to the court for an order compelling discovery, Fed. R. Civ. P. 37 and LCR 37(a)(1) require the movant to first meet and confer with the party failing to make disclosure or discovery in an effort to resolve the dispute without court action. In addition, when filing a motion to compel, the movant must include a certification, in the motion or in a declaration or affidavit, that the movant has in good faith conferred or attempted to confer with party failing to make disclosure or discovery in an effort to resolve the dispute without court action. The certification must list the date, manner, and participants to the conference. If the movant fails to include such a certification, the Court may deny the motion without addressing the merits of the dispute. *See* LCR 37(a)(1).

Plaintiff has failed to meet his requirements under the local court rule by not conferring with defendants' counsel by telephone or providing a certification of compliance with this rule. Therefore, the Court denies plaintiff's motions to compel (Dkts. 44, 47).

Dated this 4th day of May, 2017.

J. Richard Creatura
United States Magistrate Judge